Opinion by Mr. PRESIDING JUSTICE DIERINGER.

Paul Bradley and Margaret Maxwell, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Thomas D. Rafter, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. SAMUEL AKIS, Defendant-Appellant.

(No. 58759;

First District (4th Division)—March 12, 1975.

*Rehearing denied April 8, 1975.*

Opinion by Mr. JUSTICE ADESKO.

James J. Doherty, Public Defender, of Chicago (William D. Trude, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and John B. Adams, Assistant State's Attorneys, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOSE GIERBOLINI (Impleaded), Defendant-Appellant.

(No. 59728;

First District (4th Division)——March 12, 1975.